UNITED STATES of America,
Plaintiff–Appellee,

v.

Luis Miguel Porto–Carredo
ESTUPINAN, Defendant–
Appellant.

No. 05–16860
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 7, 2006.

Luis Miguel Porto–Carredo Estupinan, Lisbon, OH, pro se.

Yvette Rhodes Harrison, Tampa, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Luis Miguel Porto–Carrero Estupinan, *pro se*, appeals the district court's denial of his motion to correct an illegal sentence, pursuant to 18 U.S.C. §§ 3582(c), and/or 3742(a). Because Estupinan's sentence was final when he filed his motion, the district court correctly determined that it lacked jurisdiction to entertain the motion.

**AFFIRMED.**